## Commonwealth v. Nelson, Appellant.

Argued June 15, 1967.

*Alan L. Reed,* for appellant; *Stephen W. Kline,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Nettles, Appellant.

Argued June 12, 1967. *Elizabeth L. Green* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *John A. McMenamin,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

MONTGOMERY, J., dissented and would remand for the purpose of resentence under §314 of the Act of 1939, P. L. 872, as amended, 18 P.S. §4314(pp).